**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Kubicek Architects & Assocs. Inc., ) | No. CV-12-1497-PHX-FJM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Bashas' Inc., ) | |
| Defendant. ) | |

The court has Bashas' unopposed Motion for another extension of time to file memoranda. (Doc. 46). Bashas' contends that it needs yet 30 more days to finalize settlement documents. In light of the prior extension, 30 more days is unreasonable. Fifteen more days should be more than adequate to document an agreed upon settlement.

Accordingly, it is ORDERED GRANTING Bashas' Motion for extension, but only for an additional 15 days, through and including April 7, 2016. (Doc. 46). No further extensions shall be granted.

DATED this 23rd day of March, 2016.

*Frederick J. Martone*

Frederick J. Martone
Senior United States District Judge