WO

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Kubicek Architects & Associates Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Bashas' Incorporated,<br><br>Defendant. | Case No. CV-12-1497-PHX-FJM<br><br>**JUDGMENT** |

Based on the stipulation of the parties following entry of a Settlement Agreement which provides, among other things, that (a) neither side acknowledges fault or wrongdoing of any kind, and (b) this Judgment is subject to a covenant not to execute absent breach of the parties' Settlement Agreement, and good cause appearing therefore, it is hereby Ordered, Adjudged and Decreed, as follows:

1. Judgment is entered in favor of Bashas' Incorporated and against Robert Kubicek Architects & Associates Incorporated, in the amount of $81,866.81.

2. All remaining claims are dismissed with prejudice, each party to bear its own fees and costs.

Dated this 12th day of April, 2016.

*Frederick J. Martone*

Frederick J. Martone
Senior United States District Judge